UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAYFLOWER TRANSIT LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN CAMBRIDGE and KRISTIE CAMBRIDGE, husband and wife; and HARLEY C. DOUGLASS, INC., a Washington Corporation,<br><br>        Defendants. | No. CV-03-0241-FVS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

   BEFORE THE COURT is Plaintiff's Motion for Judgment upon Order of Default. (Ct. Rec. 67). David J. Groesbeck represents Plaintiff. Defendants John and Kristie Cambridge have failed to respond or otherwise contact the Court with respect to the instant action.

   On July 10, 2003, Plaintiff filed a complaint for Interpleader and Enforcement of Possessory Carrier's Lien against Defendants based upon Defendants' failure to pay the amount due and owing for goods and services provided by Crown Moving Company, a Household Goods Agent of Mayflower Transit, LLC. (Ct. Rec. 1, 70). On September 18, 2003, Defendant John Cambridge was personally served and accepted service on behalf of his wife, Defendant Kristie Cambridge. (Ct. Rec. 4). The return of service was filed with the Court on September 26, 2003. (Ct. Rec. 4). On April 19, 2006, Plaintiff moved for entry of default against Defendants who failed to plead or otherwise defend in response

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1

Case 2:03-cv-00241-FVS   Document 75   Filed 09/04/08

to Plaintiff's complaint for interpleader. (Ct. Rec. 59 ¶ 3). Plaintiff's motion for entry of default against Defendants was granted on May 9, 2006. (Ct. Rec. 62).

Plaintiff has demonstrated that, based on goods and services provided by Crown Moving, Defendants are indebted to Plaintiff in the principal amount of $24,396.61, less credit for the sale proceeds of the public auction sale in the amount of $2,358.12, plus costs in the amount of $864.33 for a total owing of $22,902.82, plus post-judgment interest at the legal rate until paid in full. (Ct. Rec. 69 & 70).

Having complied with the requirements of Fed. R. Civ. P. 55 and LR 55.1, Local Rules for the Eastern District of Washington, and the Court being fully advised, now therefore,

**IT IS HEREBY ORDERED:**

1. **JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS FOR THE AMOUNT DESCRIBED ABOVE.**

2. Plaintiff's motion for default judgment as to John and Kristie Cambridge (**Ct. Rec. 67**) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to counsel and Defendants. Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

**DATED** this ___4th___ day of September, 2008.

>            *s/ Fred Van Sickle*
>             Fred Van Sickle
>    Senior United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2