AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MAYFLOWER TRANSIT, LLC

                        Plaintiff,

                  v.

JOHN CAMBRIDGE, KRISTIE CAMBRIDGE, husband and wife; and HARLEY C. DOUGLASS, INC., a Washington corporation,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-0241-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment as to John and Kristie Cambridge is granted; Judgment is entered as follows:

Defendants are indebted to Plaintiff in the principal amount of $24,396.61, less credit for the sale proceeds of the public auction sale in the amount of $2,358.12, plus costs in the amount of $864.33 for a total owing of $22,902.82, plus post-judgment interest at the legal rate until paid in full.

| | |
|---|---|
| September 4, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |